August 28, 2025



# JUDGMENT

# The Fifteenth Court of Appeals

## NO. 15-24-00080-CV

TEXAS HEALTH AND HUMAN SERVICES COMMISSION, Appellant

V.

JESSICA CANTO, Appellee

This cause, an appeal from the judgment in favor of appellee, Jessica Canto, signed June 4, 2024, was heard on the appellate record. We have inspected the record and find error in the judgment. We therefore order the judgment of the court below **REVERSED** and **RENDER** judgment that the order of the Texas Health and Human Services Commission is affirmed.

We further order that all costs incurred by reason of this appeal be paid by appellee, Jessica Canto.

We further order this decision certified below for observance.

Judgment Rendered August 28, 2025.

Panel consists of Chief Justice Brister and Justices Field and Farris.
Opinion delivered by Justice Field.